# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KENNETH BURTON**                                                 **PLAINTIFF**
**ADC #161520**

v.                No: 3:21-cv-00121-DPM-PSH

**B. JACKSON**                                                   **DEFENDANT**

## ORDER

On September 2, 2021, a summons was returned executed as to defendant B. Jackson (Doc. No. 8). His last known address was provided under seal. Accordingly, service will be attempted at that address. The Clerk of the Court is directed to prepare a summons for defendant Jackson, and the United States Marshal is directed to serve a copy of the complaint (Doc. No. 2), this order, and summons, upon him at the address under seal, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 7th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE