# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENNETH BURTON**                                          **PLAINTIFF**
**ADC #161520**

v.                   No: 3:21-cv-00121-PSH

**BIANCA JACKSON**                                      **DEFENDANT**

## ORDER

On March 18, 2022, the Court granted Plaintiff Kenneth Burton's motion for a subpoena duces tecum and issued a subpoena to the Arkansas Division of Corrections' (ADC) Records Custodian at 814 Princeton Pike, Pine Bluff, Arkansas 71602-9411. *See* Doc. No. 22. On April 18, 2022, the subpoena was returned unexecuted with a notation that the ADC office in Pine Bluff would not accept it (Doc. No. 24). The Court has communicated with Counsel for the ADC and is assured that the subpoena will be accepted when re-served if addressed to Jada Lawrence. Accordingly, the U.S. Marshal is directed to serve the subpoena duces tecum without prepayment of fees and costs or security therefor on Jada Lawrence, Arkansas Division of Correction, 6814 Princeton Pike, Pine Bluff, Arkansas 71602-9411. The Clerk of Court is directed to send a copy of the subpoena to each party in this case.

IT IS SO ORDERED this 19th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE