# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENNETH BURTON**                                                         **PLAINTIFF**
**ADC #161520**

v.                      No: 3:21-cv-00121-PSH

**BIANCA JACKSON**                                               **DEFENDANT**

# **ORDER**

Before the Court is a Motion to Compel filed by Plaintiff Kenneth Burton on May 23, 2022, seeking an order compelling the Arkansas Division of Corrections' (ADC) Records Custodian to comply with a subpoena previously issued (Doc. No. 26). On April 18, 2022, the subpoena was returned unexecuted with a notation that the ADC office in Pine Bluff would not accept it (Doc. No. 24). The Court obtained instructions for serving the subpoena and ordered the U.S. Marshal to re-serve the subpoena. *See* Doc. No. 25. The U.S. Marshal has returned proof of service indicating that the subpoena was served on May 24, 2022. *See* Doc. No. 27.

Burton's motion is DENIED because it was filed before the ADC Records Custodian had been served with the subpoena and had an opportunity to comply or file objections. *See* Fed. R. Civ. P. 45(d)(2)(B) (allowing 14 days to file objections to a subpoena to produce documents or electronically stored information).

IT IS SO ORDERED this 1st day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE