# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENNETH BURTON**                                                                                       **PLAINTIFF**
**ADC #161520**

v.                                              No: 3:21-cv-00121-PSH

**BIANCA JACKSON**                                                                                      **DEFENDANT**

## ORDER

Plaintiff Kenneth Burton has filed a motion for a subpoena duces tecum (Doc. No. 29) seeking a subpoena requiring the Arkansas State Police to produce "any and all documents created by any Investigative Officer in regards to the cellphone confiscated from the plaintiff on April 23, 2021, at the Mississippi County Work Release Center by Captain Nicholas Naracon and their investigation into the sexual assault by former employee Bianca Jackson."[1]  *Id.* at 2.   The motion is GRANTED as to the documents requested.

Burton also requests production of the images and recording on his cellphone

---

[1] The Court previously granted Burton's motion to subpoena the Arkansas Division of Correction (ADC) for these documents and recordings.  *See* Doc. No. 25. Burton now maintains that the documents and/or recordings he seeks are in the possession of the Arkansas State Police.

related to the sexual assault, as well as a transcription of any electronically stored information. The motion is GRANTED with respect to production of the cell phone images and recording sought by Burton. The ADC shall permit inspection and review by Burton of the images and recording when produced by the Arkansas State Police. The request for an order requiring the Arkansas State Police to transcribe the cellphone recording is DENIED.

The Clerk of Court is directed to prepare a subpoena duces tecum instructing the Records Custodian for the Arkansas State Police to produce the documents and cell phone images and recording sought by Burton. The U.S. Marshal is directed to serve the subpoena duces tecum without prepayment of fees and costs or security therefor on the Records Custodian, Arkansas State Police, 6816 Princeton Pike, Pine Bluff, Arkansas 71602. The Clerk of Court is directed to send a copy of the subpoena to each party in this case.

IT IS SO ORDERED this 16th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE