## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KENNETH BURTON                                    PLAINTIFF

VS.                        NO. 3:21-CV-00121 PSH

BIANCA JACKSON                                    DEFENDANT

### ORDER

Sylvester Smith, III and Michael Lilly are hereby authorized to bring their cell phones, laptop computers, or personal digital assistants into the courthouse during regular business hours on Tuesday, May 16th and Wednesday, May 17th, 2023, subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)     Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United

States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.   A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 1st day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE