# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENNETH BURTON**  **PLAINTIFF**
**ADC #1615200**

v.  No: 3:21-cv-00121-PSH

**BIANCA JACKSON**  **DEFENDANT**

## ORDER

On April 11, 2023, I entered a Final Scheduling Order setting certain pre-trial deadlines (Doc. No. 50). While the deadlines for filing motions in limine or proffering pertinent portions of an evidentiary deposition may not be applicable in this case, the parties have missed the deadline for submitting their Pretrial Disclosure Sheets, which is required. *See id.* at ¶¶ 3, 5 & 6. Although a settlement conference has been scheduled in this case, the jury trial has not been canceled or continued. Accordingly, the Court directs the parties to file their Pretrial Disclosure Sheets no later than midnight tonight.

IT IS SO ORDERED this 2nd day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE