# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KENNETH BURTON**                                                                                      **PLAINTIFF**
**ADC #1615200**

v.                                          No: 3:21-cv-00121-PSH

**BIANCA JACKSON**                                                                                      **DEFENDANT**

## ORDER

The parties have filed a joint stipulation in this matter asserting that they have reached a settlement agreement and that the case should be dismissed with prejudice. For this reason, the Court dismisses this matter with prejudice, except that it retains jurisdiction for thirty days to enforce the terms of the settlement agreement if necessary.

IT IS SO ORDERED this 24th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE