IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH BURTON**                                                                                          **PLAINTIFF**
**ADC #161250**

v.                                          No: 3:21-cv-00121-PSH

**BIANCA JACKSON**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order filed July 24, 2023 (Doc. No. 66), judgment is entered dismissing this case with prejudice.

DATED this 25th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE